FILED

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0570

JAMES T. & ELIZABETH GRUBA and LEO G.
& JEANNE R. BARSANTI,

Appellants,

v.

MONTANA PUBLIC SERVICE COMMISSION,

Appellee,

and

NORTHWESTERN ENERGY,

Appellee.

FILED

MAY 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 11(4)(a) requires that a reply brief shall not exceed 5,000 words. Appellants' certificate of compliance states that the reply brief word count does not exceed 6,541 words.

After reviewing the Appellants' reply brief filed on May 24, 2021, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of refiling of the brief being returned this date.

The Clerk is directed to provide a true copy of this Order to the Appellants and to all parties of record.

DATED this 25 day of May, 2021.

For the Court,

By _____
Chief Justice